UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     JS - 6

| Case No. | CV 15-0396 FMO (PJWx) | Date | July 6, 2015 |
|---|---|---|---|
| Title | United States v. University of Southern California, Keck Medical Center of USC, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):     Attorney Present for Defendant(s):

None Present                          None Present

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice and Unsealing Record

    Having reviewed and considered all the briefing filed with respect to relators Arnulfo Delgado and Loren Joe Musselman's ("relators") Motion to Voluntarily Dismiss Action and to Seal Record of Case, or, in the Alternative, to File a Second Amended Complaint ("Motion"), the court concludes that oral argument is not necessary to resolve the Motion, see Fed. R. Civ. P. 78; Local Rule 7-15; Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001), and concludes as follows.

    Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A). Moreover, the False Claims Act ("FCA"), 31 U.S.C. §§ 3729, et seq., and the California False Claims Act ("CFCA"), Cal. Gov't Code §§ 12650 et seq., permit a qui tam plaintiff to dismiss an FCA or CFCA action with the written consent of the United States and the Court with respect to FCA cases, 31 U.S.C. § 3730(b)(1), or the California Attorney General with respect to CFCA cases. Cal. Gov't Code § 12652(c)(1). Here, the United States and the California Attorney General consent to the dismissal of this action without prejudice as to the United States and the State of California. (See Notice of Consent by the United States and the State of California to Dismissal Without Prejudice and the United States' Opposition to Relators' Motion to Seal Record of Case, or in the Alternative, to File Second Amended Complaint ("Gov't Response") at 1).

    An FCA complaint is initially filed under seal and remains under seal for at least 60 days, and the "Government may elect to intervene and proceed with the action within 60 days after it receives both the complaint and the material evidence and information." 31 U.S.C. § 3730(b)(2). The Government may "for good cause shown, move the court for extensions of the time during which the complaint remains under seal under paragraph (2)." Id. at § 3730(b)(3). During this time, the complaint is not to be served on the defendants. Id. at § 3730(b)(2). Here, the United States does not seek further extension of the time during which the complaint remains under seal, (See, generally, Gov't Response at 1-4), and instead opposes relators' request that the record

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     JS - 6

| Case No. | CV 15-0396 FMO (PJWx) | Date | **July 6, 2015** |
|---|---|---|---|
| Title | **United States v. University of Southern California, Keck Medical Center of USC, et al.** | | |

remain sealed, or alternatively, that they be permitted to file a second amended complaint that omits identifying information. (See id. at 3-4; Motion at 20-24). Given the "strong presumption in favor of access to court records[,]" Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003), coupled with the understanding that "FCA cases are brought with the expectation that the pleadings will eventually be unsealed[,]" United States ex rel. Durham v. Prospect Waterproofing, Inc., 818 F.Supp.2d 64, 67 (D.D.C. 2011), the court will deny relators' motion to maintain the seal, or, alternatively, file a second amended complaint.

**This Order is not intended for publication. Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.**

Based on the foregoing, IT IS ORDERED THAT relators' Motion to Voluntarily Dismiss Action and to Seal Record of Case, or, in the Alternative, to File a Second Amended Complaint **(Document No. 21)** is **granted in part** and **denied in part**. The case is dismissed without prejudice. Relators' request to maintain the seal or, alternatively, to file a second amended complaint is denied.

Initials of Preparer     vdr